# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HIRSCHFIELD and NICOLE HIRSCHFIELD, as successors in interest to Steven Hirschfield; ALAN HIRSCHFIELD, an individual; and NICOLE HIRSCHFIELD, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>SAN DIEGO UNIFIED PORT DISTRICT, a political subdivision of the State of California; CLYDE WILLIAMS, an individual; and DOES 1 through 10 inclusive,<br><br>        Defendants. | CASE NO.  08 CV 2103 BTM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS SIXTH CAUSE OF ACTION AGAINST DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT**<br><br>COURTROOM:   15<br><br>JUDGE:           Hon. Barry T. Moskowitz<br>Action Filed:    11/14/08 |

ORDER RE: DISMISSAL OF SIXTH CAUSE OF ACTION AGAINST DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT WITH PREJUDICE
CASE NO.  08 CV 2103 BTM (NLS)

This Court, having considered the Joint Motion submitted by all parties to dismiss the Sixth Cause of Action in the First Amended Complaint against the San Diego Unified Port District with prejudice, GRANTS the joint motion.

The Sixth Cause of Action in the First Amended Complaint shall be dismissed with prejudice as to Defendant San Diego Unified Port District only.

**IT IS SO ORDERED.**

**Dated:  June 28, 2010**

**Hon. Barry Ted Moskowitz**
**United States District Judge**