1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | ALAN HIRSCHFIELD and NICOLE | ) CASE NO.  08 CV 2103 BTM (NLS) |
| | HIRSCHFIELD, as successors in interest to | ) |
| 12 | Steven Hirschfield; ALAN HIRSCHFIELD, | ) |
| | an individual; and NICOLE HIRSCHFIELD, | ) **ORDER GRANTING JOINT** |
| 13 | an individual, | ) **MOTION TO DISMISS  SEVENTH** |
| | | ) **CAUSE OF ACTION AGAINST** |
| 14 | Plaintiffs, | ) **DEFENDANT SAN DIEGO** |
| | | ) **UNIFIED PORT DISTRICT** |
| 15 | vs. | ) |
| | | ) |
| 16 | SAN DIEGO UNIFIED PORT DISTRICT, a | ) |
| | political subdivision of the State of California; | ) |
| 17 | CLYDE WILLIAMS, an individual; and | ) |
| | DOES 1 through 10 inclusive, | ) |
| 18 | | ) |
| | Defendants. | ) |
| 19 | | ) |

20

21

22

23

24

25

26

27

28

1    This Court, having considered the Joint Motion submitted by all parties to dismiss the

2  Seventh Cause of Action in the First Amended Complaint against the San Diego Unified Port

3  District with prejudice, GRANTS the joint motion.

4    The Seventh Cause of Action in the First Amended Complaint shall be dismissed with

5  prejudice as to Defendant San Diego Unified Port District.

6    **IT IS SO ORDERED.**

7

8  Dated:  July _7_, 2010

   Hon. Barry Ted Moskowitz
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER RE: DISMISSAL OF SEVENTH CAUSE OF ACTION AGAINST DEFENDANT SAN DIEGO UNIFIED PORT DISTRICT WITH
PREJUDICE
CASE NO.  08 CV 2103 BTM (NLS)